IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFREDA JONES, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-10-2356 |
| § | |
| HOUSTON COMMUNITY COLLEGE § | |
| SYSTEM, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On August 2, 2012, this court entered a Memorandum and Opinion granting summary judgment in favor of the defendants on all claims asserted by Alfreda Jones except her state-law invasion of privacy claim against Aramark. At that time, Aramark had not moved for summary judgment on the state-law claim. Noting the lack of record evidence to support a state-law invasion of privacy claim against Aramark, this court ordered Jones to submit any additional evidence it had that Aramark intruded upon her seclusion no later than August 13. The court also informed Jones that it was considering granting summary judgment on the remaining claim. Jones has not submitted any additional evidence that Aramark intruded on her seclusion. For the reasons stated in the August 2, 2012 Memorandum and Opinion, this court grants summary judgment in Aramark's favor on the state-law invasion of privacy claim.

All remaining issues in this case are resolved. Final judgment is entered by separate order.

SIGNED on August 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge