IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALFREDA JONES, *et al.*, § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. H-10-2356 |
| § | |
| HOUSTON COMMUNITY COLLEGE SYSTEM, *et al.*, § § § | |
| Defendants. § | |

## ORDER

In accordance with this court's August 2, 2012 Memorandum and Opinion and August 20, 2012 Order, this action is dismissed, with prejudice. This is a final judgment.

SIGNED on August 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge